ANDRÉA L. VIEIRA, ESQ.
Nevada Bar No. 15667
THE VIEIRA FIRM
601 S. 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 820-5853
Facsimile: (702) 820-5836
Andrea@TheVieiraFirm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

SEAN HARVELL,

               Plaintiff,

vs.

CHET RIGNEY, et al.,

               Defendant.

**Case No.**: 3:23-cv-00101-ART-CSD

**STIPULATION AND ORDER TO EXEMPT CASE FROM THE INMATE EARLY MEDIATION PROGRAM**

    **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Interested Party Nevada Department of Corrections through their respective attorneys of record that this matter be exempted from the Inmate Early Mediation Program.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that the mediation currently scheduled for October 24, 2023 and all related deadlines are vacated.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that by entering into this stipulation, none of the parties waive any rights they have under statute,

/ /

/ /

/ /

1

law, or rule with respect to Plaintiff's complaint.

DATED: October 12, 2023.                    DATED: October 12, 2023.

**AARON D. FORD**                           **THE VIEIRA FIRM**
Attorney General

By:  /s/ *Janet E. Traut*                   By:  /s/ *Andréa L. Vieira*
     Janet E. Traut, Esq.                        Andréa L. Vieira, Esq.
     Nevada Bar No. 8695                         Nevada Bar No. 15667
     Deputy Attorney General                     601 S. 7th Street
     100 N. Carson Street                        Las Vegas, Nevada 89101
     Carson City, NV 89701                       702-820-5853
     775-684-1272                                andrea@thevieirafirm.com
     jtraut@ag.nv.gov                            *Attorney for Plaintiff*
     *Attorneys for Interested Party*

**IT IS SO ORDERED.**

C S D

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: October 13, 2023

2