UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SEAN HARVELL,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CHET RIGNEY, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:23-cv-00101-ART-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

The Office of the Attorney General did not accept service of process on behalf of Defendant **Shane Brown**, who is a former employee of the Nevada Department of Corrections. (ECF No. 22.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 23.)

The Clerk shall ISSUE a summons for **Shane Brown** and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 23.) The Clerk shall also SEND a copy of the Complaint (ECF No. 7), Screening Order (ECF No. 6), and this order to the U.S. Marshal for service on Defendant Brown. The court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

Plaintiff is reminded that **January 14, 2024**, is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: November 6, 2023.

_____
UNITED STATES MAGISTRATE JUDGE