ANDRÉA L. VIEIRA, ESQ.
Nevada Bar No. 15667
THE VIEIRA FIRM
601 S. 7th Street
Las Vegas, Nevada 89101
Telephone: (702) 820-5853
Facsimile: (702) 820-5836
Andrea@TheVieiraFirm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SEAN HARVELL,<br><br>          Plaintiff,<br><br>vs.<br><br>CHET RIGNEY, et al.,<br><br>          Defendant. | **Case No**.: 3:23-cv-00101-ART-CSD |

**STIPULATION AND ORDER TO CONTINUE MANDATORY TELEPHONIC CASE MANAGEMENT CONFERENCE**
(First Request)

WHEREAS this matter is currently scheduled to proceed to a mandatory telephonic case management conference on January 29, 2024, at 11:00 a.m. before the Honorable Craig S. Denney.

WHEREAS during the time that this matter is scheduled to proceed with the mandatory telephonic conference, Attorney for Plaintiff Sean Harvell, is expected to be in trial in the Eighth Judicial District Court in the matter of *State of Nevada v. Moufassa Haulcy,* case number C-21-359134-2, which began on January 22, 2024 and anticipated to last for about 2 weeks.

/ / /

/ / /

/ / /

/ / /

1

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants through their respective attorneys of record that the mandatory telephonic case management conference in this matter currently scheduled for January 29, 2024, be continued to February 5, 2024, at 11:00 am., or at a date and time convenient for the Court.

DATED: January 24, 2024.

**STATE OF NEVADA**
**OFFICE OF THE ATTORNEY GENERAL**

By:   /s/ *Janet E. Traut*
    Janet E. Traut, Esq.
    Nevada Bar No. 8695
    Deputy Attorney General
    100 N. Carson Street
    Carson City, NV 89701
    775-684-1272
    jtraut@ag.nv.gov
    *Attorney for Defendants*

DATED: January 24, 2024.

**THE VIEIRA FIRM**

By:   /s/ *Andréa L. Vieira*
    Andréa L. Vieira, Esq.
    Nevada Bar No. 15667
    601 S. 7th Street
    Las Vegas, Nevada 89101
    702-820-5853
    andrea@thevieirafirm.com
    *Attorney for Plaintiff*

**IT IS SO ORDERED.**

_C S _____
**UNITED STATES MAGISTRATE JUDGE**

DATED: January 25, 2024