**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SEAN HARVELL,<br><br>   Plaintiff,<br><br>  v.<br><br>CHET RIGNEY, et al.,<br><br>   Defendants. | 3:23-cv-00101-CSD<br><br>**ORDER** |

The court has received information via an undeliverable notice (ECF No. 42) that Plaintiff may now be housed at Southern Desert Correctional Center.

**IT IS HEREBY ORDERED** that this order and the court's order of May 28, 2024 (ECF No. 41) shall be served upon Plaintiff in care of Southern Desert Correctional Center.

DATED: May 30, 2024.

_____
Craig S. Denney
United States Magistrate Judge

1