**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

SEAN HARVELL,

    Plaintiff,

v.

CHET RIGNEY, SHANE BROWN,
MADELINE PICKENS,

    Defendants.

Case No.: 3:23-cv-00101-CSD

**ORDER**

    **IT IS HEREBY ORDERED** that the parties shall file a Joint Pretrial Order that fully complies with the requirements of LR 16-3 and LR 16-4 by no later than **Friday, July 31, 2026**.

    Dated: June 26, 2026.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE