**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SEAN HARVELL,

Plaintiff

v.

CHET RIGNEY, et al.,

Defendants

Case No.: 3:23-cv-00101-CSD

**Order**

Re: ECF Nos. 75, 76

Both parties have submitted a request for an extension of time to file their joint pretrial order (JPTO). (ECF Nos. 75, 76.)[1]

With good cause appearing, the motions (ECF Nos. 75, 76) are **GRANTED**. The parties shall submit their JPTO on or before **September 14, 2026**.

**IT IS SO ORDERED**.

Dated: August 3, 2026

Craig S. Denney
United States Magistrate Judge

[1] Plaintiff's request was submitted by his mother on his behalf. In the future, Plaintiff's mother is not permitted to appear on Plaintiff's behalf. Only Plaintiff or his attorney, if he secures counsel, may appear for Plaintiff in this action.