**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SEAN HARVELL,

Plaintiff

v.

CHET RIGNEY, et al.,

Defendants

Case No.: 3:23-cv-00101-CSD

**Order**

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address.

On August 4, 2026, the court issued an order granting the parties' motion to extend the deadline to file the joint pretrial order until September 14, 2026. (ECF No. 77.) That order was returned as undeliverable as to the Plaintiff. The address for Plaintiff on the docket is on Candyland Avenue in Las Vegas.

The court notes that on July 30, 2026, Plaintiff's mother, Nina Fernandez, filed a document on Plaintiff's behalf asking that all correspondence be sent to Ms. Fernandez at an address on Palm Street in Las Vegas as her son is homeless so he does not have an address other than this address. (ECF No. 75.)

The Clerk shall kindly **UPDATE** Plaintiff's address to the address on Palm Street in Las Vegas set forth in ECF No. 75 at 1 (including the indicated unit number).

The Clerk shall also **SEND** the court's order at ECF No. 77 to Plaintiff at this updated address.

In the future, all filings in this court must be by Plaintiff as Ms. Fernandez does not indicate that she is a lawyer licensed to practice law in the State of Nevada, and she may not file things on her son's behalf.

The joint pretrial order remains due on **September 14, 2026**.

**IT IS SO ORDERED**.

Dated: August 19, 2026

Craig S. Denney
United States Magistrate Judge