**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SEAN HARVELL,

Plaintiff

v.

CHET RIGNEY, et al.,

Defendants

Case No.: 3:23-cv-00101-CSD

**Order**

Re: ECF No. 80

The court originally ordered the parties to submit their joint pretrial order (JPTO) that complies with Local Rules 16-3 and 16-4 by July 31, 2026. (ECF No. 73.) The court then extended that deadline to September 14, 2026. (ECF No. 77.)

On September 14, 2026, Defendants submitted a unilateral pretrial order noting that they spoke with Plaintiff, who informed defense counsel that he did not feel comfortable with filling out his portion of the JPTO without being represented by counsel and said he was in the process of searching for counsel to assist him with this case. (ECF No. 80.)

The unilateral pretrial order submitted by Defendants (ECF No. 80) is **DENIED WITHOUT PREJUDICE**.

Plaintiff has until **November 2, 2026**, to locate counsel and to cooperate with defense counsel to submit the JPTO.

The JPTO is due on or before **November 16, 2026**. If Plaintiff is unable to locate counsel and still refuses to cooperate in preparing the JPTO, Defendants shall file a notice of such refusal, and the court will require Plaintiff to show cause why this action should not be dismissed

without prejudice due to Plaintiff's failure to prosecute and/or comply with the court's orders to cooperate in preparing the JPTO.

**IT IS SO ORDERED**.

Dated: September 16, 2026



Craig S. Denney
United States Magistrate Judge